UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2005 JUN -2 P 3: 50

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| JOYCE ANN WALKER,<br>Plaintiff; | )<br>)<br>) |
| v. | ) Case No. |
| C&S WHOLESALE GROCERS, INC.<br>and DAVID MARTINEAU,<br>Defendants. | )<br>)<br>)<br>) |

1:05-cv-150

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June 2005, a copy of Defendants' Notice of Removal, Answer and Affirmative Defenses, along with Defendants' First Set of Interrogatories and Requests to Produce to Plaintiff, were served on Plaintiff's counsel, Thomas W. Costello, Esq., 51 Putney Road, PO Box 483, Brattleboro, VT 05302-0483, via first-class mail, postage prepaid.

Brattleboro, Vermont
June 2, 2005

DOWNS RACHLIN MARTIN PLLC

By _____
Timothy E. Copeland, Jr.
80 Linden Street
P.O. Box 9
Brattleboro, VT 05302-0009
Telephone: (802) 258-3070
Facsimile: (802) 258-2286

ATTORNEYS FOR DEFENDANTS
C&S WHOLESALE GROCERS, INC. and
DAVID MARTINEAU

BRT.57294.1

DOWNS
RACHLIN
MARTIN PLLC